UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJAN SINGH SIDHU, | No. 2:16-cv-0296 TLN CKD |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL BIGGS, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 455(a), I disqualify myself from participating in this matter. The Clerk of the court shall reassign this case to another Magistrate Judge for all further proceedings, notify the parties, and make appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

IT IS SO ORDERED.

Dated:  February 26, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Sidhu0296.rec