BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAJAN SINGH SIDHU, | Case No.: 2:16-cv-296 TLN KJN |
| Plaintiff, | |
| v. | **Joint Stipulation and Order re: Remand Pursuant to 8 U.S.C. § 1447(b)** |
| MICHAEL BIGGS, et al., | |
| Defendants. | |

This is an immigration case in which Plaintiff alleges that Defendants have failed to make a determination on his application for naturalization within 120 days as required by statute. 8 U.S.C. § 1447(b). The parties stipulate to a remand to United States Citizenship and Immigration Services with instructions to adjudicate the matter within 15 days of the order of remand.

Dated: March 8, 2016               Respectfully submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ Audrey B. Hemesath
                                   AUDREY B. HEMESATH
                                   Assistant U.S. Attorney

1

DATED: March 8, 2016

Respectfully submitted,
/s/ Sarah Castello
Sarah Castello
Law Office of Robert B. Jobe
Attorney for the Plaintiff

ORDER

Pursuant to 8 U.S.C. § 1447(b), United States Citizenship and Immigration Services is ordered to adjudicate the naturalization application within 15 days.

Dated: March 8, 2016

_____
Troy L. Nunley
United States District Judge